UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. _____

TIMOTHY CARR,
    Plaintiff

v.

TOWN OF MASHPEE by its Board of
Selectmen, Chief of Police, John
Doe Police Officers,
       Defendants

## NOTICE OF REMOVAL

To:    United States District Court
        District of Massachusetts

The petition of the Defendants, Town of Mashpee and Chief of Police, with assent from the Plaintiff, assert:

1.    On or about January 15, 2020, plaintiff commenced a civil action against the defendants in the Barnstable Superior Court of the Commonwealth of Massachusetts, County of Barnstable, entitled <u>Timothy Carr v. Town of Mashpee by its Board of Selectmen, et al.</u>, Barnstable Superior Court Civil Action No. 2172CV00013. A copy of the Complaint, and the Summons served on the defendants is attached hereto.

2.    The above-described action is a civil action of which this Court has original jurisdiction under the provisions of 42 U.S.C. Section 1983, and is one which may be removed to this Court by the defendants pursuant to the provisions of 28 U.S.C. Section 1441.  This is an action alleging claims including those arising out of the Constitution of the United States.

3.    Written notice of the filing of this Notice shall be promptly served upon the plaintiff's counsel and filed with the Clerk of the Barnstable Superior Court pursuant to 28 U.S.C. Section 1446(d).

4.    Pursuant to Local Rule 81.1 of the United States District Court for the District of Massachusetts, the defendants shall file certified or attested copies of all records and proceedings in the state court and certified or attested copies of all docket entries in the state court with this

Court.

**WHEREFORE,** petitioner respectfully prays that the action now pending against them in the Barnstable Superior Court of the Commonwealth of Massachusetts in and for the County of Barnstable be removed to the United States District Court for the District of Massachusetts.

Signed and sworn to under the penalties of perjury this 20th day of April, 2021.

        Defendants,
        Town of Mashpee by its Board of Selectman
        And Chief of Police,
        By their attorney,

        /s/ Douglas I. Louison
        _____
        Dougas I. Louison (BBO #545191)
        Louison, Costello, Condon & Pfaff, LLP
        101 Summer Street
        Boston, MA 02110
        (617) 439-0305

Date:   April 20, 2021

## **CERTIFICATE OF SERVICE**

I, hereby certify that on the 20 day of April, 2021, the foregoing document was served via email to the following:

Anthony Alva, Esquire
Box 730
Barnstable, MA 02630
axacuneo@gmail.com

/s/ Douglas I. Louison
_____
Douglas I. Louison